# UNITED STATES DISTRICT COURT
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR _00-4070·SNow_
Plaintiff )
)  REPORT COMMENCING CRIMINAL
-VS- )       ACTION
)
_Omar G Campos_ )  _60532-004_
Defendant        USMS Prisoner No:

FILED by _MAG SEC_ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. MIAMI

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO:  Clerk's Office  ( MIAMI   FT. LAUDERDALE   W.PALM BEACH
U.S. District Court        FT. PIERCE
(circle one of above)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: _4 · 6 · ___   _1245_  am/pm

(2)  Language Spoken: _© Spanish_

(3)  Offense(s) Charged: _Conspiracy to import cocaine_

(4)  U.S. Citizen  [+] Yes   [ ] No  [ ] Unknown

(5)  Date of Birth: _12·4·41_

(6)  Type of Charging Document:  (check one)
[ ] Indictment  [✓] Complaint to be filed/already filed
Case#_____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: _SDF_

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____
_____

(8)  Date: _4-6-00_    (9) Arresting Officer: _Steve Houck_

(10) Agency: _USCI_         (11) Phone: _954 356 7255_

(12) Comments: _____