koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4070-SNOW

UNITED STATES OF AMERICA

    Plaintiff,

v.

OMAR CAMPOS

    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language  SPANISH
Tape No.  00E-25-2106
AUSA  William Bujan
Agent  DEA

DOB 12/04/41        # 60532-004

FILED by _____ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. MIAMI

The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on  04/06/2000  and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:
1. _Dennis Urbano_ appeared as ~~permanent~~/temporary counsel of record.
   Address: _11440 Kendall Drive, PH400, Miami, FL_
   Zip Code: _33176_   Telephone: _(305) 595-0866_
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____   Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _in FTL  4-13-_____, 2000.
4. ~~Arraignment~~/Preliminary/~~Removal~~/Identity hearing is set for 10am _4-19 FTL_, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _(a) Govt Request_  _FTL_
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _4-11_, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____

5dd

<u>OMAR CAMPOS</u>

___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
                    On Warrant _____
                    After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this 7th day of APRIL, 2000.

_____
PETER R. PALERMO
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation