UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. _00 - 6096 Spcc__

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

OMAR CAMRC

COMES NOW __Dennis N. Urbano__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (**Printed**) __Dennis N. Urbano__

Counsel's Signature __/s/ Dennis N. Urbano__

Address __11440 Kendall Dr. #400__
__Miami, Fl__   ZIP CODE: __33176__

Telephone __(305) 595-0866__