U.S. MAGISTRATE JUDGE BARRY S. SELTZER · FORT LAUDERDALE

DEFT: Omar Campos (J)#

CASE NO: 00-4070-LSS

AUSA: Larry Bardfeld *present*

ATTNY: Dennis Urbano (temp)

AGENT:

VIOL: *present*

PROCEEDING: PTD Hearing /Inquiry

BOND REC:

re counsel

FILED by _____ D.C.

BOND HEARING HELD – yes/no

COUNSEL APPOINTED:

APR 11 2000

BOND SET @

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES:

SPECIAL CONDITIONS:

*Tint Proceed by proffer*

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) _____ Halfway House
_____ Electronic Monitoring

Interpreter Requested.
No info _____
_____
*Spanish*
(Specify Language)

*Agent sworn James Houk*
*PTD ordered*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 4-19-00 | 11:00am | BSS |
| PTO/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 4-19-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 4-11-00    TIME: 10:30am    TAPE # 00-04 PG # 5

1403 2620