DEFT: Omar Campos (J)#

CASE NO: ~~00-1070-BSS~~ 00-6096 CR Dim.traicus

AUSA: Larry Bardfeld

ATTNY: Dennis Urbano *present*

AGENT:

VIOL: ss. 5.15.68

PROCEEDING: ~~Prelim~~/Arraignment/
Inquiry re Counsel

BOND REC:

BOND HEARING HELD – yes/no

COUNSEL APPOINTED:

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.

APR 1 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
travel documents.

4) Rpt to PTS as directed /or _____ x's a
week/month by phone; _____ x's a week/month
in person.

5) Random urine testing by Pretrial Services.
_____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

(2) _____ Halfway House

_____ Electronic Monitoring

*needs more time*

*matter reset*

(Specify Language)

NEXT COURT APPEARANCE:          DATE:          TIME:          JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: 5-2-00     11:00am     Johnson Snow

STATUS CONFERENCE: _____

DATE: 4-19-00          TIME: 11:00am     TAPE # 00-030     PG # 4
286—340