-cr-06096-WPD Document 16 Entered on FLSD Docket 05/10/2000

| | | | |
|---|---|---|---|
| DEFT: | Omar Campos (J)# | CASE NO: | 00-6096-CR-Dimitrouleas |
| AUSA: | Larry Bardfeld *present* | ATTNY: | Dennis Urbano |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry re Counsel/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) Halfway House _____
___ Electronic Monitoring _____

Reading of indictment waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Speech Language)

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 5-24-00    11:00    SNOW
STATUS CONFERENCE: _____

DATE: 5-9-00    TIME: 11:00am    TAPE # 00-033   PG # 11

2960 - 3061