

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6096-CR-Dimjtrouleas

UNITED STATES OF AMERICA

    vs
Omar Campos

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry
Seltzer on     5-9-00     , where the Defendant was arraigned and
plea of NOT GUILTY was entered.  Defendant and cou~~rt appointed~~ed/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case. The following information is current as of this dat

DEFENDANT:              Address:_____In Custody_____

 

Telephone:_____

DEFENSE COUNSEL:        Name:_____Juan Gonzalez_____

Address:_____

Telephone:_____

BOND SET/CONTINUED:     $_____remains in Custody_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this ___9___ day of ___May_____, 20_00_ .

           CLARENCE MADDOX
           COURT ADMINISTRATOR/ CLERK

           By:_____
              Deputy Clerk

           Tape No. 00- _083_

cc: Clerk for Judge
    U. S. Attorney