UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-CR-6096-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR CAMPOS,

    Defendant.
_____/

RECEIVED & FILED IN OPEN COURT
ON 5-9-00 AT
_____, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

## NOTICE OF PERMANENT APPEARANCE

The undersigned attorneys, Maria del Carmen Jimenez and Juan de Jesus Gonzalez, file this their Notice of Permanent Appearance (for trial only) on behalf of the Defendant in this cause pursuant to S. D. Fla. LR. 88.7.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to the office of the U.S. Attorney, 99 N.E. 4th Street, Miami, Florida 33132, this 1st day of May, 2000.

Respectfully submitted,

Maria del Carmen Jimenez, Esq.
Juan de Jesus Gonzalez, Esq.
11305 S.W. 24 Terrace
Miami, Florida 33165
Tel.: (305) 854-8495
Fax: (305) 229-8059

By:_____
    Juan de Jesus Gonzalez
    Florida Bar No. 371904