UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-CR-6096-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR CAMPOS,

    Defendant.

_____/

### UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The undersigned attorneys, Juan de Jesus Gonzalez and Maria del Carmen Jimenez, file

this their Unopposed Motion to Withdraw as Attorney of Record on behalf of the Defendant,

Omar Campos and in support hereof state:

1. The Defendant has informed counsel that counsel should cease any representation of

him immediately.

2. The Defendant and counsel have come to a profound disagreement both personal and

professional which make any collaboration between them in this defense impossible.

3. The Defendant does not trust counsel and does not believe in counsels' ability to

appropriately defend him.

4 The Defendant believes that counsel does not have his best interest at heart and is

working in the interest of the United States Government and/or the co-defendant.

5. Respectful communication between the defendant and counsel no longer exists.

6. Counsel have received the initial discovery within the last week and more discovery is

anticipated.



7. Accordingly, there will be no undue delay to the Court or new counsel.

8. Counsel has conferred with Assistant U.S. Attorney who is in agreement with the granting of this motion.

WHEREFORE counsel Juan de Jesus Gonzalez and Maria del Carmen Jimenez respectfully pray this Court enter an Order granting the foregoing motion and allowing counsel to withdraw as attorneys of record and relieving them from any further obligations in the foregoing cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed to the office of the Assistant U.S. Attorney, Lawrence Bardfeld, (954) 356-7336, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301, this 30th day of May, 2000.

Respectfully submitted,

Juan de Jesus Gonzalez, Esq.
Maria del Carmen Jimenez, Esq.
11305 S.W. 24 Terrace
Miami, Florida 33165
Tel.:  (305) 854-8495
Fax:   (305) 229-8059

By: _____
      Juan de Jesus Gonzalez
      Florida Bar No. 371904