UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6096-CR-DIMITROULEAS

Plaintiff,

vs.

OMAR CAMPOS,

Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Defense Counsel's June 1, 2000 Unopposed Motion To Withdraw as Attorney of Record, the Court sets a hearing for June 6, 2000 at 1:00 P.M. at 299 E. Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Larry Bardfeld, AUSA

Juan de Jesus Gonzalez, Esquire
11305 S.W. 24 Terrace
Miami, Florida 33165