IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA
Plaintiff,

vs.                                    CRIMINAL CASE NO. 00-6096

OMAR CAMPOS
Defendant.
_____/

**MOTION FOR COURT APPOINTED COUNSEL**

TO THE HONORABLE COURT:

Comes now, Omar Campos, Defendant, pro se, and respectfully files his request for the appointment of counsel, by the court, pursuant to the 6th Amendment, of the United States Constitution. In support of this motion, defendant states the following:

Defendant was arrested on April 6th, 2000 and has made several appearances before the court, represented by co-defendant's attorney, Mr. Juan De Jesus-Gonzales. The defendant feels that his best interests would be better served if he had representation by a court appointed attorney, Defendant feels pressured by Mr. Jesus-Gonzales, and feels that his interest are with his co-defendant, and that his defense lies with whatever co-defendant agrees to. In order to seek a fair representation of defendant, and that his defense not be tied to co-defendant, defendant pleads to the court for seperate representation.

WHEREFORE: Defendant prays that this honorable court will appoint the defendant court appointed counsel.

                              Respectfully submitted,


                              Omar Campos
                              Reg No. 60532-004
                              Federal Detention Center
                              P.O. Box 019120
                              Miami, FL 33101-9120



## CERTIFICATE OF SERVICE

I, Omar Campos, certify that I mailed a true and correct copy of the attached motion, on this 1st Day, of June 2000, to the following:

United States Attorney
Southern District of Florida
99 N.E., 4th Street
Miami, FL 33128

*Omar Campos* (signature)
Omar Campos