## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6096-CR-WPD   DATE: June 6, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   vs. Omar Campos

U.S. ATTORNEY: _____   DEFT. COUNSEL: Juan de Jesus Gonzalez

REASON FOR HEARING: Deft. Counsel's M/Withdraw

RESULT OF HEARING: Court allows Mr. Shrigley to withdraw. Motion is Granted. Court appoints Federal Public Defender's Office to represent the defendant.

JUDGMENT: _____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

