UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-CR-6096-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR CAMPOS,

    Defendant.

_____/

## ORDER ON UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

THIS CAUSE having come before this Court and the Court being fully advised in the premises it is hereby

ORDERED AND ADJUDGED that counsels' Unopposed Motion to Withdraw as Attorneys of Record is hereby GRANTED attorneys Juan de Jesus Gonzalez and Maria del Carmen Jimenez are hereby relieved of any further responsibilities in this cause. *The Public Defender is appointed to represent the Defendant.*

DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida this ____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: *Fernando Marquez, Asst*
    *Juan De Jesus Gonzalez, Esq.*
    *Federal Public Defender's Office*