UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6096-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

OMAR CAMPOS,

Defendant.

_____/

## **DEFENDANT'S MOTION TO CONTINUE TRIAL**

The Defendant, Omar Campos, through counsel, files this Motion to Continue Trial and states:

The Federal Public Defender's Office was appointed to represent Defendant Campos on Wednesday, June 7, 2000. Private counsel initially represented the Defendant until this Office was appointed on the eve of trial. Calendar call is scheduled for Monday, June 12, 2000.

Counsel for the Defendant has discussed this requested Motion for Continuance with the accused. He does not object to this requested continuance.

Assistant United States Attorney Bardfeld was contacted as well, he does not have an objection to the granting of this Motion.



WHEREFORE, the defendant, Omar Campos, through counsel, requests that this Motion for

Continuance be granted. The Defendant requests a one month continuance from the June 12, 2000

calendar call.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 9th

day of June, 2000, to Laurence Bardfeld, Assistant United States Attorney, at 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301 and Omar Campos, Reg. No. 60532-004, FDC Miami,

P. O. Box 019120, Miami, Florida 33101-9120.

_____

Robert N. Berube