## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6096-Cr-WPD        DATE: June 12, 2000

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____           INTERPRETER: Spanish

UNITED STATES OF AMERICA    vs. Mario Alvarez, Omar Campos

U.S. ATTORNEY: Tony Bradford      DEFT. COUNSEL: Frank Rubio, Bob Berube

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Defendants' joint motion to continue trial is Granted. The Court finds that the time from today until trial is deemed excludable under Speedy Trial Act.

JUDGMENT: _____

CASE CONTINUED TO: 7/7/00       TIME: 9:00       FOR: Cal. Call
MISC: 7/10/00                   (@) 9:00         trial period

