UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OMAR CAMPOS,

Defendant.

CASE NO. 00-6096-CR-DIMITROULEAS

### ORDER SETTING HEARING

THIS CAUSE having been heard upon Defendant's June 9, 2000 Motion To Continue Trial, it is GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Larry Bardfeld, AUSA

Robert N. Berube, AFPD