UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6096-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR CAMPOS,

    Defendant.

_____/



## **RENEWED MOTION TO CONTINUE TRIAL**

The Defendant, Omar Campos, through counsel, Renews the Motion to Continue the Trial and states as follows:

Counsel for the Defendant was appointed to represent the accused after private counsel was permitted to withdraw. On May 9, 2000, private counsel filed their permanent notice of appearance to represent Defendant Campos throughout the pendency of this matter. Private counsel obtained the discovery as provided in the Standing Discovery Order. The Notice of Jury Trial was issued on May 16, 2000 ordering the parties to appear for calendar call on June 9, 2000. On June 1, 2000, private counsel filed an unopposed Motion to Withdraw from further representation. A hearing was conducted on June 6, 2000 at which time private counsel was permitted to withdraw.

Shortly thereafter the Federal Public Defender's Office was appointed to represent the Defendant. Undersigned counsel immediately visited defendant Campos in the United States Marshal's lockup located on the third floor of the Fort Lauderdale, Florida Federal Courthouse.



Undersigned counsel did not receive any investigative material from private counsel after they were permitted to withdraw. Since the date of our appointment, the Investigative Staff of the Federal Defender's Office has conducted an extensive investigation into the allegations set forth in the indictment. One month has elapsed since the appointment of our Office. During this period of time numerous investigative leads have been developed both in South Florida and in Costa Rica, the origin of the cocaine.

Subpoena have been served upon several companies in the Fort Lauderdale Area attempting to identify the number of vehicles that were exported by the co-defendant, Mario Alvarez. Undersigned counsel is aware of another vehicle imported by Defendant Alvarez approximately two weeks before the date alleged in the Indictment. Defendant Alvarez has imported more than one hundred kilo's of cocaine in two separate vehicles.

Additional investigation must be completed before trial. The Defendant has not received any documents as a result of the subpoenas. Without the documentation which will be employed in the defense of this case, it will be impossible to thoroughly and vigorously defend the charges.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

2

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 7 day of July, 2000, to Laurence Bardfeld, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Omar Campos, Reg. No. 60532-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

*Robert N. Berube*
Robert N. Berube

3