## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6096-CR   DATE: July 7, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff
by Amy Jordan
PROBATION: _____   INTERPRETER: Parish

UNITED STATES OF AMERICA   VS.   Omar Campos (J)

U.S. ATTORNEY Laurence Bardfeld   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: motion to continue denied.

JUDGMENT: _____

CASE CONTINUED TO: July 12, 2000   TIME: 9:00   FOR: Jury Trial
MISC: 2-3 day trial.

