UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 00-6096-CR-DIMITROULEAS

    Plaintiff,

vs.

OMAR CAMPOS,

    Defendant.
_____/



## O R D E R

THIS CAUSE having been heard upon Defendant's July 7, 2000 [DE-39] Renewed Motion To Continue Trial, it is DENIED. An oral motion to continue was made at the calendar call on July 7. 2000 and followed-up with this written motion. The motion for a thirty (30) day continuance was made on the last business day before the scheduled court date. U.S. v. Avery, 208 F. 3d 597, 602 (7th Cir. 2000). The Court did continue the case for two days until July 12, 2000. The Defendant has been in custody since at least April 10, 2000 [DE-3]. Discovery was provided on May 23, 2000 [DE-25]. Defendant apparently fired his court appointed counsel on or before May 30, 2000. [DE-28]. On June 6, 2000, the Public Defender was appointed to represent the Defendant [DE-32]. On June 9, 2000, the Public Defender requested a one month continuance [DE-35], which was granted on June 12, 2000 [DE-37]. The trial was set for July 10, 2000 with a calendar call on July 7, 2000. [DE-38]. There are no compelling reasons for granting a continuance. U.S. v. Reynolds, 189 F. 3d 521, 527 (7th Cir. 2000). This is not a complicated case. It is a smuggling case. There has been no showing of prejudice from the denial of this continuance. The investigation is speculative at best. There is



no showing that any admissible evidence is likely to be produced by this investigation. The court realizes that the Government does not oppose this motion. Nevertheless, the continuance would be inconvenient to the court, which has the time to try this case at this time. On August 7, 2000, this Court has an eighteen (18) defendant, Category III or IV case set for trial. [Case No. 00-6154-CR-DIMITROULEAS]. That case is expected to last at least 3-4 weeks. On September 18, 2000, this Court has another eight defendant, Category IV case set for trial. [Case No. 99-3-CR-DIMITROULEAS].

Wherefore, Defendant's Renewed Motion To Continue Trial is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___10___ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Berube, AFPD

Laurence Bardfeld, AUSA