## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6096-CR-WPD   DATE: July 11, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.   Omar Campas

U.S. ATTORNEY: Tony Bradfield   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1. Gov't agrees to dismiss Counts 2-4 at time of Sentencing. Court accepts Guilty Plea.

JUDGMENT: _____

CASE CONTINUED TO: 9/22/00   TIME: 10:45   FOR: Sentencing
MISC: Written plea agreement filed.

