UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6096-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR CAMPOS,

    Defendant.

_____/

## DEFENDANT'S MOTION REGARDING PRESENTENCE INVESTIGATION REPORT

The Defendant, Omar Campos, files this Motion Regarding the PreSentence Investigation Report and states:

The PreSentence Investigation report has been reviewed with the assistance of a Spanish Interpreter. Defendant Omar Campos would like to pay the mandatory assessment as set forth on Page 16, Paragraph 82 by withdrawing the One Hundred Dollars from his commissary account. He will make the necessary arrangements with his counselor at the Federal Detention Center, to satisfy this requirement.

After a thorough review of the PreSentence Investigation Report, he does not have any objections to address prior to sentencing.



WHEREFORE; The Defendant, is ready to proceed with the sentencing now scheduled for Friday, September 22, 2000 at 10:45 a.m.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue. Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 18 day of September, 2000, to Larry Bardfeld, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to Diane M. Plummer, United States Probation Officer, 300 N.E. 1st Avenue. Room 315, Miami, Florida. 33132-2126.

*[signature]*

Robert N. Berube