UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OMAR CAMPOS,

Defendant.
_____/

CASE NO. 00-6096-CR-DIMITROULEAS

FILED by _____ D.C.

SEP 1 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's September 18, 2000 Motion Regarding Pre-Sentence Investigation Report [DE-49], the Court grants the request to withdraw $100.00 from the Defendant's Commissary Account.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Berube, AFPD

Larry Bardfeld, AUSA