UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 00-6096-CR-DIMITROULEAS

    Plaintiff,

vs.

OMAR CAMPOS,

    Defendant.

_____/

FILED by ___ D.C.

MAY 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## NOTICE OF RECEIPT

THIS CAUSE having been heard upon Defendant's pro se May 10, 2001 letter in which he complains about a promised mitigation, the Court gives notice of receipt of that correspondence.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of May, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Omar Campos, #60532-004
Elgin Federal Prison camp, Dorm D
P.O. Box 600
Elgin A.F.B., FL 32542-7606

Robert N. Berube, AFPD

Laurence M. Bardfeld, AUSA



```
Omar Campos                                         5/10/01
Reg. # 60532-004
Dorm D
Eglin Federal Prison Camp
P.O. Box 600
Eglin A.F.B., FL 32542-7606


United States District Court
for the Southern District of Florida
Broward Division
The Honorable William P. Dimitrouleas
299 E. Broward Blvd.
Suite 203
Ft. Lauderdale, FL 33301
```

RE: United States v. Campos
    Case No. 00-6096-CR-DIMITROULEAS

Dear Judge Dimitroulous:

 I have been trying to get my attorney to handle an issue in regards to a sentence reduction that I am supossed to be receiving. I wrote to my attorney on 3/29/01 (please see letter attached) and he has failed to answer my letter.

 The lead co-defendant in my case, Mario Alvarez, recently received hi sentence reduction. Based on what my attorney has informed me the prosecutor in my case should be filing a motion for reduction of sentence in the near future.

 I am aware that a motion for reduction of sentence has time constraints. Therefore I am asking that my attorney will let me know what he has done regarding this issue.

 **Please Judge Dimitrouleas, I am hoping that you may inquire with my attorney, Robert N. Berube, Esq., and have him respond to my letter and seek a disposition to my situation.**

 Thank you in advance for your help regarding this matter.

Sincerely,

*Omar Compos*
Omar Campos


cc: Robert N. Berube, Sup. Asst. F.P.D.
    A.U.S.A. Laurence M. Bardfeld, Esq.