UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6096-CR-DIMITROULEAS

Plaintiff,

vs.

OMAR CAMPOS,

Defendant.
_____/



### NOTICE OF RECEIPT

THIS CAUSE having been heard upon Defendant's pro se January 2, 2002 Petition to Recommend Substance Abuse Program and to Amend Presentence Investigation Report, said motion is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of January, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Omar Campos, #60532-004
Elgin Federal Prison Camp, Dorm D
P.O. Box 600
Elgin A.F.B., Florida 32542-0600

Robert N. Berube, AFPD

U.S. Attorney's Office

