1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,  )  CASE NO. 00-6096-CR-WPD
                           )
            Plaintiff,     )
                           )
        -v-                )
                           )
OMAR CAMPOS,               )
                           )  Fort Lauderdale, Florida
            Defendant.     )  September 22, 2000
_____)  11:02 a.m.


                    TRANSCRIPT OF SENTENCE

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         LAURENCE BARDFELD, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394


For the Defendant         ROBERT BERUBE, ESQ.
                          Assistant Federal Public Defender
                          One East Broward Boulevard
                          Suite 1100
                          Fort Lauderdale, Florida  33301


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657
```

THIS VOLUME:

Pages 1 - 7

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE