UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6096-CR-DIMITROULEAS

    Plaintiff,

vs.

OMAR CAMPOS,

    Defendant.
_____/

FILED by _____ D.C.
MAY 0 9 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having come before the Court on the Defendant's May 6, 2005 Motion o Suspend the Remaining Term of Supervised Release, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9 day of May, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Larry Bardfeld, AUSA
Robert Berube, Esquire
Yamilee Sanchez, USPO