UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6096-CR-DIMITROULEAS

    Plaintiff,

vs.

OMAR CAMPOS,

    Defendant.
_____/



## ORDER

THIS CAUSE having come before the Court on the Defendant's May 6, 2005 Motion to Suspend the Remaining Term of Supervised Release [DE-66] and the Court having deferred ruling for five (5) days to await a response from the Government, and Probation having filed a May 18, 2005 Response, the Motion to Suspend the Remaining Term of Supervised Release [DE-66] is Granted. Supervised Release is suspended while Mr. Campos is in Costa Rica. Should he return to the United States during the remainder of his supervised release, he is to report to the nearest U.S. Probation office within 72 hours of his return.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 18 day of May, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Larry Bardfeld, AUSA
Robert Berube, AFPD
Yamilee Sanchez, USPO